1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD SIMPSON, | CASE NO. 3:23-cv-05545-BHS |
| Plaintiff, | ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Defendant. | |

13      THIS MATTER is before the court on Magistrate Judge Leupold's Report and

14  Recommendation (R&R), Dkt. 7, recommending the Court deny pro se plaintiff Richard

15  Simpson's motion for leave to proceed *in forma pauperis*, Dkt. 1, as to the bulk of the

16  defendants he has named. It recommends that the Court dismiss his complaint against

17  those defendants without prejudice, for failure to state a plausible claim, even after he

18  filed an amended complaint, Dkt. 6, in response to Judge Leupold's prior Order, Dkt. 4.

19  The R&R also recommends that the Court grant Simpson's application to proceed *in*

20  *forma pauperis* as to his claims against defendant Lacey police officer Aaron Pruneda,

21  concluding that Simpson has stated a plausible § 1983 claim against him.

22

1    Simpson objects to the R&R, arguing among other things that prosecutorial

2    immunity is not in the Constitution, but was "fabricated" by judges, many of whom were

3    formerly prosecutors. He asserts that the legal system is in disarray and horribly corrupt.

4    Dkt. 8 at 4–6.

5    "The district judge must determine de novo any part of the magistrate judge's

6    disposition that has been properly objected to. The district judge may accept, reject, or

7    modify the recommended disposition; receive further evidence; or return the matter to the

8    magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). A party properly objects

9    when the party files "specific written objections" to the report and recommendation as

10   required under Federal Rule of Civil Procedure 72(b)(2).

11   "[I]n providing for a de novo determination . . . Congress intended to permit

12   whatever reliance a district judge, in the exercise of sound judicial discretion, chose to

13   place on a magistrate's proposed findings and recommendations." *United States v.*

14   *Raddatz*, 447 U.S. 667, 676 (1980) (internal quotation marks omitted). Accordingly,

15   when a district court adopts a magistrate judge's recommendation, the district court is

16   required to merely "indicate[] that it reviewed the record de novo, found no merit

17   to . . . [the] objections, and summarily adopt[] the magistrate judge's analysis in [the]

18   report and recommendation." *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023).

19   In so doing, district courts are "not obligated to explicitly address [the] objections." *Id.* at

20   437.

21   The Court has considered the R&R and Simpson's objections to it, and it agrees

22   with the R&R. Therefore, the R&R is **ADOPTED**. Simpson's application to proceed *in*

1    *forma pauperis* is **DENIED**, and his complaint against defendants State of Washington,

2    the Washington State Attorney General's Office, the Thurston County Prosecutor's

3    Office, the Lewis County Superior Court, Providence Centralia Hospital, the City of

4    Lacey Police department, Yvonne Nageotte, and Nageotte, Nageotte & Nageotte, P.C.,

5    are **DISMISSED without prejudice** and without leave to further amend, for failure to

6    state a plausible claim. Simpson's application to proceed *in forma pauperis* on his claim

7    against defendant Corporal Aaron Pruneda is **GRANTED**, as that claim is plausible.

8        IT IS SO ORDERED.

9        Dated this 22 day of September, 2023.

10

11

12                                        BENJAMIN H. SETTLE
                                          United States District Judge
13

14

15

16

17

18

19

20

21

22